[Crim. No. 2276. In Bank.—November 14, 1919.]

In the Matter of JOHN LAPIQUE, on Habeas Corpus.

[1] HABEAS CORPUS—INDICTMENT—SUFFICIENCY OF EVIDENCE.—Any question of insufficiency of evidence to warrant an indictment is not a proper subject of inquiry on *habeas corpus*.

APPLICATION for a rehearing of a petition for a Writ of Habeas Corpus. Denied.

No opinion was rendered in denying original petition.

John Lapique, *in pro. per.*, for Petitioner.

THE COURT.—[1] Any question of insufficiency of evidence to warrant an indictment is not a proper subject of inquiry on *habeas corpus* (*In re Kennedy*, 144 Cal. 634, [103 Am. St. Rep. 117, 1 Ann. Cas. 840, 67 L. R. A. 406, 78 Pac. 34]).

In so far as appears, the sufficiency of the indictment in this matter cannot be examined into on *habeas corpus* (*In re Ruef*, 150 Cal. 665, [89 Pac. 605]).

The application for a rehearing is denied.

Angellotti, C. J., Lawlor, J., Wilbur, J., and Olney, J., concurred.